# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

OMAYRA TORRES CINTRON

Case Number: 6:01-CR-90-ORL-19KRS

USM Number: 24555-018

Clarence W. Counts, Jr., FPD

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to Violation Charge number Two of the term of supervision. The defendant is adjudicated guilty of violation charge number:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| Two | Association with a Person Convicted of a Felony | April 2006 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**The defendant has not violated charge One and is discharged as to such violation condition.**

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

4/10/2007

PATRICIA C. FAWSETT
CHIEF UNITED STATES DISTRICT JUDGE

April 10, 2007

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 Months**.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on or **before 2:00 P.M. on Friday, May 4, 2007.** If no designation is made by the Bureau of Prisons by May 4, 2007, Defendant shall surrender herself to the Office of the United States Marshal on May 4, 2007, to be taken into custody.

Upon successful completion of incarceration, defendant is released from further jurisdiction of this court

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

## Omayra Torres Cintron

### DOCKET NO: 6:01-CR-90-ORL-19KRS

**Original Petition**  This case was considered by the Court on the Petition on Probation and Supervised Release (Doc. No. 435, filed 01/23/2007), Report and Recommendation of the United States Magistrate Judge (Doc. No. 446, filed 03/02/2007) and Order to Show Cause at Final Revocation Hearing (Doc. No.447, filed 03/14/2007) at a hearing held 04/10/2007, attended by the Defendant, counsel for the Defendant, and counsel for the Government. *The Report and Recommendation of the Magistrate*

**Adjudication**  *Order is adopted and confirmed to the extent being* The Court finds that the defendant has violated the conditions of Supervised Release and *held.* adjudicates the defendant guilty of the following violations:

<u>Guilty</u>:  <u>Yes</u>   or   <u>No</u>

☐   ☑   1) Travel outside the district without permission in violation of Condition NUMBER of the Standard Conditions of Supervision (Grade * Violation)

☑   ☐   2) Association with a person convicted of a felony in violation of Condition NUMBER 9 of the Standard Conditions of Supervision (Grade * Violation)

**Application of Guidelines & Statutory Provisions**  The Court determines that the applicable guidelines are:

___C___ is the Highest Grade violation, and

___I___ is the original Criminal History Category, which calls for

_3_ to _9_ months imprisonment, and

___40___ (years) is the Maximum Statutory penalty, and

___5___ (years) is the Maximum Statutory term of Supervised Release

1

**Objections**          Are there any objections to the court's findings?

Is there any reason why I should not proceed to sentencing?

### SENTENCE

The Court has asked the defendant and her attorney, and the attorney for the government, why judgment should not now be pronounced, and, after hearing their responses, the Court has found no cause to the contrary. The Court has reviewed the Petition for Revocation of Supervised Release, and the parties have made statements on their behalf or ~~have waived the opportunity to do~~ so.

**Adoption of report and Recommendation**    The Report and Recommendation of the United States Magistrate Judge (Doc. No. 446) is **ADOPTED AND APPROVED**, there being no objection filed.

Petition Granted    The Petition on Probation and Supervised Release (Doc. No. 435) is **GRANTED** and the defendant's supervised release (Doc No. 250, filed 10/30/2001) is *Revoked*

**Revoked**    revoked and that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of ___6___ Y~~EARS~~/MONTHS.

2

**Remand to Custody**    ~~The defendant is hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.~~

OR

**Voluntary Surrender**    The defendant may voluntarily surrender _at her residence_ ~~at the institution designated by the Bureau of Prisons,~~ on or before Friday May 4, 2007. While awaiting designation the defendant shall be released ~~on bond~~ and shall comply with all previously imposed standard conditions of supervision, ~~in addition to the following conditions of release:~~ If no designation is made by the Bureau of Prisons by May 4, 2007, Defendant shall surrender herself

~~The defendant is ordered to immediately proceed to the Office of the United States Marshal for processing and further instructions.~~ on May 4, 2007, to be taken into custody.

**Recommendation to Bureau of Prisons**    While in the custody of the U.S. Bureau of Prisons, it is requested but not required that the defendant be afforded the following opportunities:

3

**No New Term of Supervised Release**   Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of this Court in this case.

**New Term of Supervised Release**   Upon release from imprisonment, the defendant shall serve a _____YEARS/MONTHS term of Supervised Release. While on Supervised Release, the defendant shall comply with the standard conditions adopted by the Court in the Middle District of Florida. In addition, the defendant shall comply with the following special conditions:

**Reinstated to Supervision**   The defendant is hereby reinstated to supervision. All previous special conditions remain intact.

The defendant is hereby reinstated to supervision. The original term of supervision shall be extended for a period of ____. All previously ordered special conditions remain intact.

The defendant is hereby reinstated to supervision. The terms of supervision are modified to include :

### SPECIAL CONDITIONS

**Home Detention**   The defendant shall participate in the Home Detention program for a period of ____ days. During this time, the defendant will remain at her place of residence except for employment and other activities approved in advance by the Probation Office. The

4

defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Office. Further, the defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office based on your ability to pay.

**Drug Aftercare**  The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, the defendant is directed to submit to random drug testing.

**Mental Health**  The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

**RRC/CCC Confinement**  The defendant shall reside in a Residential Re-entry Center for a period of _____ days\months and shall observe the rules of that facility. The defendant shall be placed in the Community Confinement/Prerelease component of the program and shall obtain a physical examination at her own expense before entering the program.

**RRC/CSC Confinement**  The defendant shall reside in a Residential Re-entry Sanctions Center for a period of _____ days\months and shall observe the rules of that facility. While at the center, the defendant will abide by all rules and regulations of the center and will

contribute towards the cost of room and board, as directed by the center staff.

**Community Service**  The defendant shall perform _____ hours of community service.

**Waiver of Mandatory Drug Testing**  The mandatory drug testing requirements of the Violent Crime Control Act are waived. However, the Court authorizes random drug testing not to exceed 104 tests per year.

**Mandatory Drug Testing**  The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court authorizes random drug testing not to exceed 104 tests per year.

**Final Objections**  *space*  The Court having pronounced sentence, does counsel for the defendant or Government have any objections to the sentence or to the manner in which the Court pronounced sentence, other than those previously stated for the record?

**Appeal of Sentence**  The defendant has the right of appeal from the judgment and sentence within ten (10) days from this date. Failure to appeal within the ten day period shall be a waiver of your right to appeal. The government may file an appeal from this sentence. The defendant is entitled to assistance of counsel in taking an appeal, and if the defendant is unable to afford a lawyer, one will be provided for you. If the defendant is unable to afford the filing fee, the Clerk of the Court will be directed to accept the Notice of Appeal without such fee.

**Instructions to Clerk:**   The Clerk is instructed to attach this sentencing statement to the Judgment in a Criminal Case for Revocation of Probation or Supervised Release.